# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS SOSA,<br><br>    Plaintiff,<br><br>v.<br><br>R. HULSE,<br><br>    Defendant. | CASE NO. 1:19-cv-01333-NON-EPG<br><br>**ORDER FOR ADDITIONAL BRIEFING CONCERNING STATUTE OF LIMITATIONS FOR MOTION TO DISMISS** |

On April 9, 2020, Defendant R. Hulse ("Defendant") moved to dismiss this action because the statute of limitations had expired. (ECF No. 18). While Defendant's memorandum of law addressed tolling the statute of limitations during incarceration, it did not discuss tolling, if applicable, while Plaintiff Jorge Luis Sosa ("Plaintiff") addressed his administrative remedies.

It is therefore HEREBY ORDERED that:

1) Defendant shall provide additional briefing regarding the applicable period of tolling, if any, for Plaintiff's exhaustion administrative remedies within twenty-one (21) days of this order; and

2) Plaintiff shall provide a response to such briefing within twenty-one (21) days following service of Defendant's briefing.

IT IS SO ORDERED.

Dated:  **May 29, 2020**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

1