IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS SOSA,<br><br>                        Plaintiff,<br><br>      v.<br><br>R. HULSE,<br><br>                       Defendant. | Case No. 1:19-cv-01333-NONE-EPG<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULING AND DISCOVERY STATEMENTS<br><br>(ECF No. 49) |

This matter is before the Court on Defendant's motion for a 60-day extension of time for the parties to file their scheduling and discovery statements. (ECF No. 49). As grounds for the motion, Defendant argues that the extension of time may help "avoid the expenditure of time and expense" because this matter may settle at the upcoming August 2, 2021 settlement conference and thus obviate the need for discovery and a scheduling conference. (*Id.* at 1). Additionally, Defendant cites counsel's demanding workload as another reason for the extension. (*Id.* at 2).

Good cause having been shown, IT IS ORDERED that Defendant's motion for extension of time for the parties to file their scheduling and discovery statements (ECF No. 49) is granted.

\\\

\\\

The parties shall file their scheduling and discovery statements no later than September 1, 2021.

IT IS SO ORDERED.

Dated: **June 22, 2021**  /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE