1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   JORGE LUIS SOSA,                         Case No. 1:19-cv-0333-NONE-EPG (PC)

11                 Plaintiff,                 ORDER DIRECTING PLAINTIFF TO FILE
                                              STATEMENT REGARDING SCHEDULE
12          v.                                AND DISCOVERY

13   R. HULSE,                                TWENTY-ONE-DAY DEADLINE

14                 Defendant.                 (ECF Nos. 48, 59)

15                                            ORDER DIRECTING CLERK TO SEND
                                              PLAINTIFF COPY OF ORDER REQUIRING
16                                            STATEMENTS FROM PARTIES
                                              REGARDING SCHEDULE AND
17                                            DISCOVERY (ECF NO. 48)

18

19          On June 3, 2021, the Court entered an order requiring the parties to provide statements

20   regarding the schedule and discovery within 30 days from service of the order. (ECF No. 48). The

21   Court twice extended this deadline to allow the parties to focus their efforts on settling the case.

22   (ECF Nos. 50, 59). In the Court's most recent order extending the deadline for the parties to file

23   statements, the Court ordered the parties to "file their scheduling and discovery statements no

24   later than October 15, 2021." (ECF No. 59). On October 15, 2021, Defendant filed his statement.

25   (ECF No. 63). To date, Plaintiff still has not filed any statement and his deadline to do so has

26   passed.

27          The Court will grant Plaintiff an additional twenty-one days to file his statement regarding

28   the schedule and discovery and will direct the Clerk of Court to send Plaintiff a copy of the order

1   requiring statements from the parties regarding schedule and discovery. The Court notes that, if

2   Plaintiff fails to file his statement within this twenty-one-day period, the Court may issue findings

3   and recommendations to the assigned district judge, recommending that this action be dismissed,

4   without prejudice, for failure to prosecute and failure to comply with court orders.

5           Accordingly, IT IS ORDERED that:

6       1.  Plaintiff has twenty-one days from the date of service of this order to file his

7           scheduling and discovery statement;

8       2.  Failure to comply with this order may result in the dismissal of this action; and

9       3.  The Clerk of Court is directed to send Plaintiff a copy of the order requiring

10          statements from parties regarding schedule and discovery (ECF No. 48).

11

12  IT IS SO ORDERED.

13      Dated:   __October 22, 2021__          ___/s/ _Erica P. Grosjean____

14                                          UNITED STATES MAGISTRATE JUDGE

2