UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS SOSA,<br><br>             Plaintiff,<br><br>       v.<br><br>R. HULSE,<br><br>             Defendant. | Case No. 1:19-cv-01333-JLT-EPG (PC)<br><br>ORDER SETTING DOE IDENTIFICATION DEADLINE |

     Plaintiff Jorge Luis Sosa is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's claims against Defendant Hulse and Does 1-3 for violation of the Eighth Amendment for excessive force and sexual assault, as well as retaliation in violation of the First Amendment. (ECF No. 20).

     To date, Plaintiff has yet to identify the Doe Defendants in this matter, and the October 14, 2022 non-expert-discovery deadline is approaching. (*See* ECF No. 75) Given these circumstances and the procedural posture of the case, the Court concludes that it is appropriate to set a deadline for Plaintiff to identify and substitute the Doe Defendants.

\\\

\\\

\\\

\\

\\\

1

Accordingly, IT IS ORDERED as follows:

1. By no later than October 14, 2022, Plaintiff shall identify Does 1-3 and file a motion to substitute the named individuals in place of Does 1-3.
2. If Plaintiff fails to identify the Doe Defendants by this deadline, they may be dismissed from the case.
3. Plaintiff may request documents from Defendant Hulse in order to identify the Doe Defendants and may also request a subpoena duces tecum if this information is not available from Defendant Hulse. Plaintiff is generally directed to the Court's scheduling order, which advises him of the various discovery means he may use in this case. (ECF No. 75).

IT IS SO ORDERED.

Dated:   **August 31, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

2