UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS SOSA,<br><br>                        Plaintiff,<br><br>         v.<br><br>R. HULSE, et al.,<br><br>                        Defendants. | Case No. 1:19-cv-01333-JLT-EPG (PC)<br><br>ORDER DIRECTING DEFENSE COUNSEL TO CONTACT ADR COORDINATOR TO SCHEDULE SETTLEMENT CONFERENCE<br><br>(ECF No. 83) |

Plaintiff Jorge Luis Sosa is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

In compliance with this Court's order (ECF Nos. 75 & 81), on September 29, 2022, defendant Hulse filed a notice as to settlement conference (ECF No. 83). In the notice, defense counsel indicates that both parties are interested in a second settlement conference. "Defendant recommends that the matter be referred back to Magistrate Judge Peterson if he is available, because Judge Peterson speaks Spanish (Plaintiff's native language) and made significant progress toward settlement at the previous mediation." (Id. at 1).

Given this notice, the Court will direct defense counsel to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference before Judge Peterson. The Court notes that it is not modifying any deadlines at this time. If a party wants a deadline to be extended or stayed, that party must file an appropriate motion.

Based on the foregoing, IT IS ORDERED that defense counsel has fourteen days from the

date of service of this order to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference before Judge Peterson.

IT IS SO ORDERED.

Dated: **September 30, 2022**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2