UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS SOSA,<br><br>              Plaintiff,<br><br>        v.<br><br>R. HULSE, et al.,<br><br>              Defendants. | Case No. 1:19-cv-01333-JLT-EPG (PC)<br><br><br>ORDER SETTING SETTLEMENT CONFERENCE |

Plaintiff Jorge Luis Sosa is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The Court has determined that this case will benefit from a settlement conference.  Therefore, this case will be referred to Magistrate Judge Jeremy D. Peterson to conduct a settlement conference on December 7, 2022, at 10:00 a.m.  The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.  The Court will issue the order detailing the procedures for the settlement conference and the necessary writ in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  This case is set for a settlement conference before Magistrate Judge Jeremy D. Peterson on December 7, 2022, at 10:00 a.m.  The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.

1

2. The Clerk of Court is directed to serve a copy of this order on the Litigation Office at Salinas Valley State Prison via facsimile at (831) 678-5544 or via email.

IT IS SO ORDERED.

Dated:   **October 17, 2022**              /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE